# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**UNITED STATES OF AMERICA,**

v.

**ROBERT KIER JR. a/k/a "PEANUT,"**

Defendant.

Case No. 7:12-CR-12-1 (HL)

## ORDER

Defendant's Motion for Discovery (Doc. 114) is denied. Defendant entered a guilty plea on October 23, 2012. Defendant was sentenced on June 3, 2013, and final judgment was entered in his case on June 11, 2013. Defendant waived his right to appeal his conviction and sentence on June 3, 2013. This case is closed. Defendant is not entitled to any discovery. He should contact his attorney if he wishes to obtain copies of documents relating to the case.

**SO ORDERED**, this the 21st day of August, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh