# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** v. **ROBERT KIER JR. a/k/a "PEANUT,"** Defendant. | Case No. 7:12-CR-12-1 (HL) |

## ORDER

Defendant's Motion to Discharge Counsel (Doc. 116) is denied as moot. As pointed out in the order entered on August 21, 2013 denying Defendant's Motion for Discovery, this case is closed. Defendant has been sentenced and waived his right to appeal his conviction and sentence. There is currently no pending case from which to discharge Mr. Folsom as counsel for Defendant.

**SO ORDERED**, this the 23rd day of September, 2013.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh