# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**ROBERT KIER, JR.**,

    Petitioner,

v.

**UNITED STATES OF AMERICA**,

    Respondent.

Case No. 7:12-CR-12 (HL)

Civil Action No. 7:14-CV-12 (HL)

## ORDER

On April 14, 2014, the Court entered an order staying Petitioner's § 2255 motion pending the outcome of the appeal of his conviction to the Eleventh Circuit Court of Appeals. (Doc. 131). The Eleventh Circuit dismissed Petitioner's appeal by order dated September 16, 2014. (Doc. 142). Petitioner's appeal is now final. The Court hereby lifts the stay of § 2255 proceedings.

**SO ORDERED**, this 17th day of November, 2014.

                        *s/ Hugh Lawson*
                        **HUGH LAWSON, SENIOR JUDGE**

aks